UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Michael A. Jackson,

    Plaintiff,

    v.

Commissioner of Social Security,

    Defendant.

Case No. 2:14-cv-988

Judge Michael H. Watson

## ORDER

On June 1, 2015, United States Magistrate Judge Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Michael A. Jackson's ("Plaintiff") Complaint in this Social Security case. The R&R recommended reversing the decision of the Commissioner of Social Security Administration and remanding the case to the Commissioner and Administrative Law Judge ("ALJ").

28 U.S.C. § 636 provides that any party may file and serve objections to an R&R within fourteen days. 28 U.S.C. § 636(b)(1). The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Commissioner's finding is **REVERSED**, and the case is **REMANDED** to the

Commissioner and ALJ under Sentence Four of § 405(g). The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**